E-FILED
Friday, 02 December, 2005 02:59:59 PM
Clerk, U.S. District Court, ILCD

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE
(Rev. 5/93)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF _____ VS. _____ FOR _____ AT _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): Dennis Holliman

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →): ☐ Felony  ☐ Misdemeanor

FILED DEC - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**DOCKET NUMBERS**
Magistrate: 05-7238
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: own business: Holman Auto Service
- IF YES, how much do you earn per month? $ ~$1,000/mo
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☒ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ ~$1,600
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
- RECEIVED / SOURCES → see above
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ 5,000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE $ 33,000  DESCRIPTION: 2003 Chevy van – he owes $33,000 on it

### OBLIGATIONS DEBTS

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - ☒ MARRIED
  - ☐ WIDOWED
  - ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 5
- List persons you actually support and your relationship to them:
  - wife = Latasha Holliman
  - Watson – daughter (15)
  - Holliman – " " (15)
  - Holliman – son (10)
  - Holliman – daughter (2)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent | $ | $ 914.00 |
| Electric ($220) Gas ($220) | $ | $ 440. |
| Garbage ($43) | $ | $ 43 |
| 2 credit cards ($22/mo) | $ | $ 22 |
| | | $ 1,419 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/2/05

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** s/ Dennis Holliman