AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

**APPEARANCE**

v.

DENNIS HOLLIMAN

Case Number: 05 CR 7238

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DENNIS HOLLIMAN

**FILED**

DEC 0 5 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I certify that I am admitted to practice in this court.

| 12/5/2005 | *[signature]* |
|---|---|
| Date | Signature |

| NEIL H. COHEN | 476692 |
|---|---|
| Print Name | Bar Number |

2000 N. Clifton Avenue
Address

| Chicago | Illinois | 60614 |
|---|---|---|
| City | State | Zip Code |

| (773) 871-4814 | (773) 871-3304 |
|---|---|
| Phone Number | Fax Number |