**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**AT URBANA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:05-mj-7238 |
| ) | |
| DENNIS HOLLIMAN, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

NOW COMES Thomas A. Bruno, Thomas A. Bruno & Associates, and hereby enters his appearance on behalf of the Defendant, DENNIS HOLLIMAN, in the above-captioned matter.

BY: /s_____ Thomas A. Bruno_____
Thomas A. Bruno, #3126002
Thomas A. Bruno & Associates
Attorneys at Law
Urbana, IL 61803-1026
Phone 217-328-6000
Fax 217-328-6765
e-mail: tombruno@tombruno.com

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy Bass - tim.bass@usdoj.gov.

/s_____ Thomas A. Bruno_____
Thomas A. Bruno, #3126002
Thomas A. Bruno & Associates
Attorneys at Law
Urbana, IL 61803-1026
Phone 217-328-6000
Fax 217-328-6765
e-mail: tombruno@tombruno.com