SEALED E-FILED
Wednesday, 28 December, 2005  09:15:37 AM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

DENNIS HOLLIMAN

## WARRANT FOR ARREST

CASE NUMBER: 05- 7238

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dennis Holliman__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute cocaine, a Schedule II Controlled Substance,

in violation of
Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

David G. Bernthal
Name of Issuing Officer

s/ David G. Bernthal
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

12-02-2005    Urbana, Illinois
Date and Location

Bail fixed at $ __NONE__

David G. Bernthal
Name of Judicial Officer

FILED

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Chicago, IL

DATE RECEIVED: 12-2-05
DATE OF ARREST: 12-2-05

NAME AND TITLE OF ARRESTING OFFICER: DEA - Turner

SIGNATURE OF ARRESTING OFFICER: Susan J Carroll

This form was electronically produced by Elite Federal Forms, Inc.